IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Builders Premier Insurance Company | ) | |
| | ) | |
| | ) | Civil Action No.: 2:26-cv-00530-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **COMPLAINT** |
| | ) | **(Declaratory Judgment)** |
| | **)** | (Non-Jury) |
| Greystone Homeowners Association, Inc. | ) | |
| Contract Exteriors, LLC and | ) | |
| Contract Exteriors of Charleston, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES Plaintiff, Builders Premier Insurance Company, by and through the undersigned attorney, and for its Complaint against Greystone Homeowners Association, Inc., Contract Exteriors, LLC and Contract Exteriors of Charleston, LLC, alleges as follows:

**Parties**

1. Plaintiff, Builders Premier Insurance Company ("Builders Premier"), is an insurance company organized and existing under the laws of the State of North Carolina and has its principal place of business in Raleigh, NC.

2. Defendant Contract Exteriors, LLC ("Contract Exteriors") is a limited liability company organized and existing under the laws of the State of South Carolina and has a principal place of business in Charleston County, SC. Builders Premier is informed and believes that the member/manager of Contract Exteriors, LLC is citizen and resident of the State of South Carolina.

1

3. Defendant Contract Exteriors of Charleston, LLC ("Contract Exteriors")[1] is a limited liability company organized and existing under the laws of the State of South Carolina and has a principal place of business in Charleston County, SC. Builders Premier is informed and believes that the member/manager of Contract Exteriors of Charleston, LLC is citizen and resident of the State of South Carolina.

4. Defendant Greystone Homeowners Association, Inc. ("Greystone Homeowners Association") is a corporation organized and existing under the laws of the State of South Carolina and is the horizontal property regime operating in the Greystone at Snee Farm development in Mount Pleasant, Charleston County, SC.

## Jurisdiction and Venue

5. The District Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(l) because the action is between citizens of different states and the amount in controversy is in excess of $75,000.00, exclusive of costs and interests.

6. Venue is proper in the Charleston Division of the United States District Court of the District of South Carolina pursuant to 28 U.S.C. §1391 because Contract Exteriors does business in Charleston County, SC, and the Greystone Homeowners Association community is in Charleston County, SC.

## Background

7. Builders Premier issued insurance policies with commercial general liability coverage to Contract Exteriors for the following periods: 1) PCP 0002663 **00** (02/09/2013 to 02/09/2014); 2) PCP 0002663 **01** (02/09/2014 to 02/09/2015); 3) PCP 0002663 **02** (02/09/2015 to 02/09/2016); PCP 0002663 **03** (02/09/2016 to 02/09/2017); PCP 0002663 **04** (02/09/2017 to 02/09/2018); PCP 0002663 **05** (02/09/2018 to 02/09/2019); PCP 0002663 **06** (02/09/2019 to 02/09/2020); PCP

---

[1] Contract Exteriors, LLC and Contract Exteriors of Charleston, SC, LLC will be referred to in this Complaint together as Contract Exteriors unless identified separately.

2

0002663 **08** (02/09/2020 to 02/09/2021); PCP 0002663 **09** (02/09/2021 to 02/09/2022); PCP 0003604 **10** (02/09/2022 to 02/09/2023); and PCP 0003604 **11** (02/09/2023 to 02/09/2024). BPICO also issued the following Commercial Umbrella Policies - MUB 0001136 **00** (03/01/2017 to 02/09/2018); MUB 0001136 **01** (02/09/2018 to 02/09/2019); MUB 0001136 **04** (02/09/2019 to 02/09/2020); MUB 0001136 **05** (02/09/2020 to 02/09/2021); MUB 0001136 **06** (02/09/2021 to 02/09/2022); and MUB 0001136 **07** (02/09/2022 to 02/09/2023).

8. Greystone Homeowners Association commenced Civil Action No. 2022-CP-10-01859 (the "Civil Action"), on or about April 22, 2022, with the filing of their Summons and Complaint, in the South Carolina Court of Commons Pleas, for the Ninth Judicial Circuit, in Charleston County, SC, against Contract Exteriors and several other contractors allegedly involved with certain work performed for Greystone Homeowners Association.

9. In their Complaint, Greystone Homeowners Association alleged that the Association contracted with Contract Exteriors to perform certain exterior work to the fifty condominium units located in six buildings that comprise the Greystone Homeowners Association.

10. A representative of Contract Exteriors and the Greystone Homeowners Association signed a written agreement, dated November 25 and 26, 2019, for the work to be performed for the sum of $1,138,000.00.

11. In their Complaint, Greystone Homeowners Association alleged that Contract Exteriors' work was faulty in several particulars and will require extensive repairs. Greystone Homeowners Association pled cause of actions for negligence, breach of contract, breach of the implied warranties and the SC Unfair Trade Practices Act against Contract Exteriors.

12. Greystone Homeowners Association alleged that the faulty work in combination with moisture from the weather resulted in physical damage to the buildings.

13. Greystone Homeowners Association served Contract Exteriors, LLC with their Summons and Complaint and on or about April 26, 2022, and served Contract Exteriors of Charleston, LLC with

3

their Summons and Complaint on or about April 28, 2022.

14. In response to the service of the Summons and Complaint, Contract Exteriors tendered the Summons and Complaint to Builders Premier for a defense and indemnity in the Civil Action.

15. Builders Premiers accepted the tender pursuant to a reservation of rights and assigned defense counsel to defend Contract Exteriors in the Civil Action.

16. In the Civil Action, Greystone Homeowners Association produced an estimate for the costs of repairing the buildings as the basis for their damages.

17. Contract Exteriors disputed liability and the extent of damage and produced an estimate for the costs of repairing the buildings - subject to other general and affirmative defenses.

18. Between January 21 and January 23, 2026, the Circuit Court held a jury trial at which Contract Exteriors was the only Defendant.

19. On January 23, 2026, the jury reached a verdict in favor of Greystone Homeowners Association against Contract Exteriors as follows: 1) on the breach of contract cause of action, the amount of $1,269,000.00 in damages: 2) on the breach of warranty cause of action, the amount of $250,000.00 in damages; and 3) on the negligence cause of action, the amount of $2,000,000.00 in damages. (apportioned fault of 15% to Greystone Homeowners Association and 85% to Contract Exteriors through Comparative Negligence).

**For a Cause of Action**
**(Declaratory Judgment)**

20. Builders Premier brings this civil action pursuant to Fed. R. Civ. P. 57 and The Federal Declaratory Judgments Act, 28 USCA § 2201. Section 2201 provides that in the case of an actual controversy ... upon the filing of an appropriate pleading, [a court] may declare the rights and other legal relations of any interested party seeking such declaration, whether or not other relief is or could be sought.

21. There is an actual controversy between Builders Premier, Contract Exteriors and Greystone

Homeowners Association as to the obligation that may exist for Builders Premier to indemnify Contract Exteriors for the damages awarded in the verdict and the judgment in favor of Greystone Homeowners Association.

22. Builders Premier seeks to allocate the damages comprising the judgment, for insurance coverage purposes, pursuant to the procedures and law in *Ex Parte Builders Mutual Ins. Co.,* 431 S.C. 93, 847 S.E.2d 87 (2020) and South Carolina judicial and statutory law on commercial general liability insurance coverage for construction defect claims, including, but not limited to, *Crossmann Communities of North Carolina, Inc. v. Harleysville Mut. Ins. Co*., 395 S.C. 40, 717 S.E.2d 589 (2011), *Auto Owners Insurance Co. v. Newman*, 385 S.C. 187, 684 S.E.2d 541 (2009), *Bennett v. Auto Owners Ins. Co*., 405 S.C. 1, 747 S.E.2d 426 (2013) and S.C. Code § 38-61-70.

23. Builders Premier seeks a declaration that the Builders Premier insurance policies cover damages awarded to Greystone Homeowners Association as per the Builders Premier insurance policies and South Carolina commercial general liability insurance coverage law for construction defect claims.

24. Builders Premier reserves the right to rely on other terms and conditions of the insurance policies that may be discovered during the Civil Action.

**WHEREFORE,** Plaintiff, Builders Premier Insurance Co., prays for a declaratory judgment against Greystone Homeowners Association, Inc., Contract Exteriors, LLC and Contract Exteriors of Charleston, LLC; and for any other relief that this Court deems reasonable, necessary and just.

                    *s/John L. McCants*
                    John L. McCants, SC Bar No. 10423
                    Fed. I.D. 4870
                    **BAKER, RAVENEL & BENDER, LLP**
                    3710 Landmark Drive, Suite 109
                    Post Office Box 8057
                    Columbia, South Carolina 29202
                    Tele: (803) 343-3866
                    Email: jmccants@brblegal.com
                    *Counsel for Builders Premier Insurance Co.*

February 9, 2026